**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

-------------------------------------------------------------------X
**JOHN DOE,**

                     **Plaintiff,**

        -against-

**UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, UNIVERSITY OF TEXAS BOARD OF REGENTS, MARGARET MCNEESE, in her individual and official capacity, DEANA MOYLAN, in her individual and official capacity, SHEELA LAHOTI, in her individual and official capacity, and DANA MCDOWELLE, in her individual and official capacity,**

                     **Defendants.**
-------------------------------------------------------------------X

Civil Action No:

**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER**

      Upon Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and for Protective Order, and upon review of the Complaint, Declaration of Andrew Miltenberg, Esq., and Memorandum of Law in Support of Motion, it is hereby

      **ORDERED** that Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym is **GRANTED**, and it is

      **FURTHER ORDERED**, that the Plaintiff's Motion for a Protective Order prohibiting Defendants from publicly identifying Plaintiff, in court filings or otherwise, is **GRANTED.**

**Dated: April\_\_\_\_, 2021**

_____

**, U.S.D.J.**