

Office of Admissions and Student Affairs

April 22, 2021

*Via Email:* ██████████████████████████

Dear ████████

I am writing to you regarding the resolution of the Title IX investigation in Spring 2020. As you know, despite a determination that you had violated HOOP 59, Sexual Misconduct, the medical school allowed you to return to school subject to certain requirements as outlined in my letter to you on August 5, 2020, and to which you agreed in writing on August 6, 2020. We appreciate that you have continued to meet those requirements thus far. While we believed that your signing of the August 5 letter indicated that you did not wish to challenge the underlying determination, we are prepared to offer you a full hearing pursuant to HOOP 59 and HOOP 186 if you want it now.

For clarity, as you are aware, the language of your MSPE letter is still in draft form and is not expected to be finalized until this fall. Please understand that the purpose of a hearing would be for a hearing officer to determine whether you violated university policy. If a hearing officer determines that you did not violate HOOP 59, we would, of course, remove any reference to such a policy violation in your MSPE. However, the medical school would remain contractually and ethically obligated to disclose incidents of unprofessional behavior in the MSPE letter, regardless of whether such behavior rises to the level of a policy violation.

If you choose to pursue a hearing, please note it will proceed under a slightly different procedure than was in effect at the time of the alleged incident. Due to new regulations issued by the Department of Education in August 2020, the hearing would proceed under the policies in effect at the time of the alleged conduct (February 2020) with the exception that each party's advisor will be permitted to ask questions of the other party and any other witnesses. Copies of both HOOP 59 and HOOP 186 in effect in February 2020 are attached for your reference.

Please let me know as soon as possible whether you are interested in a hearing on this matter so that we can make the appropriate arrangements. If you have any questions, please let me know.

Sincerely,

Margaret McNeese, M.D.
Vice Dean of Admissions and Student Affairs
McGovern Medical School

713 500 5160 Tel     713 500 0616 Fax
6431 Fannin Street, MSB G.400
Houston, TX 77030