

Date:       03/24/2020

To:         Deana K. Moylan
            Deputy Title IX Coordinator

From:       Tiffany Dillard Obeng  *TO*
            Senior Equal Opportunity Advisor

Subject:    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮: HOOP Policy #59 – Sexual Misconduct

# INVESTIGATION SUMMARY

## INTRODUCTION

On February 16, 2020, the University of Texas Police Department ("UTPD") notified the Title IX Office of a report made by Ms. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Student, McGovern Medical School ("MMS"), **Complainant,** against Mr. ▮▮▮▮▮▮▮▮▮▮▮▮, Student, MMS, **Respondent**, alleging that Mr. ▮▮▮▮▮, with whom she had a romantic relationship, threatened to physically harm himself and then threatened to physically harm Ms. ▮▮▮▮▮▮▮▮ by use of a firearm while exhibiting a firearm.

This report summarizes the investigation conducted under *HOOP Policy #59 Sexual Misconduct*. Per *HOOP Policy #59,* this Investigation Summary is being provided to the Title IX Coordinator for final review and determination.

## DEFINITIONS & EVIDENTIARY STANDARD

*HOOP Policy #59* defines Dating Violence as "Violence committed by a person who is or has been in a romantic or intimate relationship with the victim. The existence of such a relationship will be determined based on its length, type, and frequency of interaction of the persons involved. Dating violence includes physical or sexual abuse, or the threat of such abuse. It does not include acts covered under the definition of domestic (family) violence."

The standard of proof for determining allegations of sexual misconduct (dating violence) under *HOOP Policy #59* is a preponderance of the evidence.

**SUMMARY DESCRIPTION OF ALLEGATIONS[1] & FINDINGS**

Allegation:

*On February 14, 2020, Respondent via telephone call conveyed to Complainant that he intended to physically harm himself. When Complainant later arrived at Respondent's home, Respondent threatened to cause physical harm to Complainant by the use of a firearm while displaying a firearm.*

Findings:

*The investigation found the following:*

*The allegation was substantiated.*

*The investigation was able to substantiate that Complainant and Respondent had been in a dating relationship for about 1.5 years.*

*The investigation was able to substantiate that Respondent made a threat of violence against himself on February 14, 2020, based on Complainant's statement and Respondent's statement that he told Complainant he was going to kill himself.*

*The investigation was able to substantiate that Respondent made a threat of violence against Complainant on February 14, 2020, based on Complainant's statement and the following:*
- *Respondent's statement that he had a pistol on the couch with him when Complainant entered his apartment;*
- *Respondent's statement that he had the pistol in his hand and motioned with the pistol toward the door (same general direction as the location of the Complainant at the time of the incident);*
- *Respondent's statement that Complainant was standing in the entryway behind him the entire time.*

*The investigation was unable to substantiate that Respondent made the verbal threat to put a bullet through Complainant's head/skull; however, Respondent indicated that while motioning with the gun in his hand toward the door where Complainant stood, he raised his voice and asked Complainant to leave.*

*It is more likely than not that Complainant felt threatened by Respondent's actions in his apartment on February 14, 2020, based on the following:*
- *Complainant's statement that she immediately left Respondent's home and took the stairs from the fifth floor to the first floor because she did not want to wait for the elevator;*
- *Respondent's statement that Complainant briskly left his apartment;*
- *Complainant's statement that she immediately called the police; and*
- *Witnesses' statements as to Complainant's demeanor immediately after the encounter (i.e. bawling, puking, distracted, etc.).*

Complainant:

- The Complainant indicated that she and the Respondent starting dating in October 2018, during the Complainant's first semester at MMS.

---

[1] Allegations taken from Complainant's complaint dated 03/04/2020.

- The Complainant stated that their relationship became tumultuous about six months into their relationship. The Complainant recalled that over the course of their relationship, the Respondent has told her that he wanted to blow her brains out with one of his guns; has thrown the Complainant's chair in her apartment; broken the Complainant's trashcan by kicking it; and told the Complainant that she needed a good "Arab beating." The Complainant added that, once after attending the theater, the Respondent became angry and started swerving and driving erratically in his Mustang and screamed, "I don't care. I will kill us both."

- The Complainant clarified that she and the Respondent had broken up about two to three weeks prior to February 14, 2020, after getting into an argument at a Urology match party. The Complainant and the Respondent continued to communicate, however, and got into another argument about a week before February 14, 2020.

- The Complainant stated that during the week of February 9, 2020, the Respondent appeared to want to reconcile with her. According to the Complainant, the Respondent asked the Complainant to come over on Valentine's Day because he wanted to make up and cook dinner for her. The Complainant said she bought Valentine's Day stuff for the Respondent.

- The Complainant said that on February 13, 2020, while at the Respondent's apartment, she and the Respondent got into an argument about their conflicting views on same-sex parents and the Respondent's ideals on women. The Complainant noted that as they argued, the Respondent told her that he wanted to ruin her life and her performance on the upcoming Step 1 examination.

- The Complainant stated that she left the Respondent's home that night to go exercise and planned to call the Respondent after, but when she did, the Respondent had already blocked her on his phone and Snap Chat because she "took too long to call him after her class." The Complainant then reached out to the Respondent on Facebook Messenger asking if he blocked her, and the Respondent replied that he did, that he "was not wasting another second on her." The Respondent purportedly also stated things like, "I'm not there anymore, so go ahead and start the first blow," and "I'll make sure to hurt you back 1000x harder with each blow. You won't recognize me in the coming weeks. Now fuck off." The Respondent allegedly continued that the Complainant should be "begging for his forgiveness on her knees sucking his dick."

- The Complainant tried contacting the Respondent on the morning of February 14, 2020 to see if the Respondent had calmed down and to ask about the Valentine's Day gifts she had already gotten for him. The Respondent did not reply until that evening.

- The Complainant alleged that on February 14, 2020:
  *"The Respondent called her around 9 p.m. The Complainant was studying at her apartment with [▬▬▬▬▬▬, MMS Student]. The Respondent was like, 'Hey, what are you doing?' The Complainant told the Respondent that she was just finishing up studying and then [going] to her sister's. The Respondent was like, 'Come give me my key back and get this Valentine's crap out of here.' The Complainant said she could not come right now as she was going to her sister's. The Respondent was like, 'Go to your fucking sister's then. Fuck you,' and then hung up. Then the Respondent texted the Complainant, 'You are a fucking moron. Any chance of this being saved is over. You are so dumb. You are missing out.'*

  *The Respondent called the Complainant back and was like, 'Why you hang up?' The Complainant was like, 'I did not hang up.' The Respondent started cussing her out. Joel heard this. The Complainant did not have the Respondent on speakerphone, but the Respondent was talking loud enough that Joel could hear him pretty clearly. The call ended again.*

3

> *The Respondent continued calling the Complainant (44x). The Respondent was calling back to back so frequently the Complainant did not have the ability to text him back or make a call. The Complainant and ▆ finished studying and were about to leave the Complainant's apartment. ▆ and the Complainant were in the garage when the Complainant answered the Respondent's call around 10:15 p.m. ▆ heard when the Respondent said to Complainant, 'Hey, I have my gun pointed at my head and I am going to kill myself.' ▆ was like, 'I am not going to leave if you are going over there.' The Complainant thought ▆ left her apartment, but ▆ called [▆, MMS student,] instead. ▆ called the Complainant and the Complainant told ▆ that she could not leave the Respondent there to kill himself. ▆ then called ▆ and two others to try to get the Respondent's address in order to call the police. ▆ attempted but the Complainant had already called.*
>
> *When the Complainant arrived at the Respondent's apartment, the Complainant entered with the key abruptly. 'Are you okay?' was the first thing the Complainant said to the Respondent. The lights were dimmed, the TV was on super loud, and there was a beautiful rose arrangement; it was like something out of a movie. The Respondent was sitting on his couch with a glass of wine in one hand and gun in the other hand. The Complainant stood in the entrance about 6 feet away. There was a rack of lamb on the coffee table in front of him. The Respondent was like, 'What are you doing here?' The Complainant was like, 'I am here…I have the gifts…Are you okay, calm down.' Then the Respondent said, 'Maybe I should blow my brains out in front of you so you can finally feel remorse for your actions.' The Complainant was saying calm down. The Respondent got a call from ▆. The Respondent was like, 'Why is ▆ calling me? Did you call ▆?' The Complainant had not called Mr. [▆]. The Complainant was telling the Respondent to calm down and that he was okay. The Respondent cocked the gun and he slowly raised his hand with the gun at the Complainant. The Respondent said, 'What if I just put a bullet through your head? Get out of here before I put a bullet through your skull.' The Complainant immediately left the Respondent's home. The Respondent lives on the 5th floor penthouse. The Complainant took the stairs as she did not want to wait for the elevator. The Complainant called the police as she went downstairs. The Complainant told the security guard that police were coming to the apartment. The Complainant spoke with the police back at her apartment. The Complainant did not want to stay at the Respondent's apartment."*

- The Complainant indicated that the exchange at the Respondent's apartment might have lasted about five minutes.

- The Complainant noted that she and the Respondent have never lived together, and that the Respondent never had a key to the Complainant's apartment. The Complainant indicated she did have a key to Respondent's apartment[2].

Respondent: [3]

- The Respondent affirmed that he and the Complainant met on September 30, 2018, and began dating exclusively on October 27, 2018.

- The Respondent confirmed that he and the Complainant "started coming into conflict" early in their relationship, around late 2018 and early 2019, when he was studying for STEP. The Respondent recalled one time, they were in an argument at the Complainant's place, and he left the Complainant's apartment "out of anger and frustration," and as he did so, he tripped over a chair and kicked her trashcan. Afterwards, the Respondent and the Complainant exchanged texts

---

[2] Respondent's apartment key was returned to Respondent via UTPD at Respondent's request.
[3] Respondent returned an affirmed statement on March 10, 2020. See Attachment 1.

4

about the incident, including a text where Complainant joked about setting the Respondent's house on fire if he kicked her "shit" again.[4] The Respondent reported he later fixed the Complainant's trashcan. The Respondent denied throwing or breaking the Complainant's chair.

- The Respondent denied ever telling the Complainant that he wanted to blow her brains out or that she needed a good Arab beating at any time in their relationship.

- The Respondent denied the incident where he allegedly swerved in his car and said he would kill both himself and the Complainant.

- The Respondent affirmed he and the Complainant got into an argument on January 17, 2020, while attending a Urology match party.[5]

- The Respondent prefaced regarding February 14, 2020:
  *"On February 14, 2020, in the midst of an argument in our sometimes rocky relationship, I made a drunken, manipulative statement to Complainant over the phone, but I never intended to hurt myself. I did not ask and I did not expect Complainant to come to my apartment, and I was surprised when she walked through the door. She entered by using a key I had given her, but she still had the key only because she refused to return it despite my multiple requests. When Complainant entered my apartment without my consent, I was sitting on my couch with an unloaded pistol beside me. As soon as I saw her, I wanted her to leave. I didn't want her or anyone else to see me that way. I waved the gun pointing to the door and loudly told her to leave. I was never going to hurt myself or anyone else, but I recognize I had a dark moment and I do not minimize it--I have since sought out psychiatric help, and I intend to work through what happened. I wish Complainant the best."*

- The Respondent indicated that "the events of February 14, 2020, were the culmination of a disagreement that started two weeks prior." The Respondent recalled that he and the Complainant had an argument on February 1, 2020, after the Complainant accused the Respondent of not standing up for her and tossed water in the Respondent's face.[6] According to the Respondent, he and the Complainant did not talk on February 3 or 4, but he and the Complainant argued about the incident via text message on February 4 and 5.[7]

- The Respondent stated that by February 8, 2020, he and the Complainant were getting along again; the Complainant came over to the Respondent's apartment and brought sushi. The Respondent and the Complainant agreed to focus on their school matters and discuss the future of their relationship later.[8]

- The Respondent said that on February 10, 2020, he and the Complainant had dinner at Tropicales and then went to the Complainant's place. The Respondent indicated that while at her place, the Complainant mentioned that she was recently asked out on a date over the past few days by an unnamed person from the MMS. The information admittedly made the Respondent jealous. The Respondent stated that he and the Complainant "made love" that night and in the morning of February 11, he and the Complainant went to clinic.

---

[4] See Respondent's statement for relevant text messages.
[5] See Respondent's statement for relevant text messages and context.
[6] Text messages provided in Respondent's statement support this.
[7] See Respondent's statement for relevant text messages.
[8] Text messages provided in Respondent's statement support this.

5

- The Respondent stated that he and the Complainant discussed celebrating Valentine's Day together over text message on February 11.[9]

- The Respondent indicated that on February 12, 2020, the Complainant texted him that she received flowers and asked if he had sent them. The Respondent had not.[10]

- The Respondent stated that on the evening of February 13, 2020, he and the Complainant hung out at his apartment. The Respondent recalled he and the Complainant were casually speaking and doing flashcards. They started talking about parenting and got into an argument. According to the Respondent, the discussion became personal and the Complainant said to the Respondent, "Of course the flowers weren't from you, you are a continual disappointment." The Respondent said he and the Complainant argued for about 2.5 hours until the Complainant left his apartment. They continued to argue on text and then on Facebook messenger after the Respondent blocked her from texting him on his phone.[11]

- The Respondent claims the Complainant returned to his apartment later that night on February 13 and they continued to argue. According to the Respondent, the Complainant eventually apologized to him around 1 a.m. and they went to sleep around 1:15 a.m. The Respondent noted that he was unable to get any school work done that night due to arguing with the Complainant.[12]

- The Respondent stated that on the morning of February 14, 2020, he was still upset with the Complainant. The Respondent stated that he and the Complainant messaged each other "mean things" on Facebook messenger after leaving his apartment. The Respondent said he cannot remember the things they said, but at some point, he asked the Complainant to leave his stuff underneath his door, including his key. The Respondent then blocked the Complainant on Facebook Messenger as well.

- The Respondent indicated that around 4 p.m. on February 14, 2020, he received messages from the Complainant on Snapchat. The Complainant told him on Snapchat that she had purchased some things for the Respondent for Valentine's Day and wanted to bring them over. The Respondent was in clinic until around 5 p.m., at which time, he called the Complainant and told her he did not want to do dinner with her, but she could come pick up the gifts he had for her. The Respondent indicated that his mother had purchased roses, balloons and chocolate covered strawberries for the Complainant on the morning of February 12 and 13.

- The Respondent recounted that after he and the Complainant ended their call:
  *"I got home, studied, and I went to HEB to pick up some wine to go with the meal. I started drinking wine while I cooked. As I finished cooking the meal, I started calling her. I was upset, emotional, and drunk at the time. I called her multiple times. When she picked up, she said she was not planning on coming over and was heading to her sister's house. How the next phone call happened is unclear to me. I was emotional and drunk. I told her I was going to kill myself and the phone call ended. I do not understand why I did the next thing I did: I went into my bedroom, got an unloaded pistol and sat on my couch with it. I had the TV on and I started eating the meal I prepared. I do not remember my thoughts at the time. It was a dark moment. I am trying to understand why I did what I did and am currently speaking to a psychiatrist to figure it out.*

---

[9] See Respondent's statement for relevant text messages.
[10] Text messages provided in Respondent's statement support this.
[11] See Respondent's statement for relevant text messages.
[12] Complainant and Respondent differ on their accounts of the night of February 13 and the morning of February14.

6

> *About 10 minutes after the last call, I heard my apartment door lock unlocking. Complainant entered. I was shocked to see her and I was immediately embarrassed. I did not want anyone to see me like that. I did not have any intent to hurt myself or anyone else. She saw me and asked what I was doing. I asked her to leave. At the time, I was facing away from the door and entryway to my apartment. She was standing in the entryway behind me. I asked her to take the flowers on the kitchen counter and leave. I did not want anyone there. She had tulips and a box of chocolates with her. She threw them on the couch next to me. I do not know what I said to her. I remember repeatedly asking her to leave.*
>
> *I had the unloaded pistol in my hand and motioned with the pistol toward the door. I raised my voice and asked her to leave. I remember her telling me I needed help and she briskly walked out of my home. When she left, I felt like an idiot. I called her a few times to apologize because I knew she must have been scared. I put the pistol back in the safe. I sat down and the next thing I knew the police were at my house and I was getting arrested."*

- The Respondent does not remember how many times he called the Complainant that night, but affirmed it was more than 20 times.

- The Respondent confirmed that he also texted the Complainant between the phone calls, including texting the Complainant that she was a "fucking moron." The Respondent explained, "There is no logic for why I said it. I was emotional."

- The Respondent does not remember the specific time the Complainant arrived at his apartment that night, but speculates probably after 10:20 p.m.

- The Respondent does not believe he was holding the glass of wine in his hand or the gun when the Complainant entered his home.

- The Respondent recalls he may have pulled the gun's slide back in the same way one would "cock" the gun during the encounter, but emphasized the pistol was unloaded the entire time.

- The Respondent is not certain whether he put the gun under his chin.

- The Respondent does not remember saying to the Complainant that he would blow her brains out, or "What if I put a bullet through your head," or a similar remark. The Respondent remembers "mean things" were said by both he and the Complainant, but he does not remember specifics of what was said by either of them.

- The Respondent denies verbally threatening the Complainant in any way. The Respondent emphasized he never intended to hurt himself or anyone else that night.

- The Respondent denied pointing his gun at the Complainant at any time on February 14. The Respondent clarified, "I motioned toward the door with the gun in my hand."[13] The Respondent does not know if he said anything when he motioned with the gun. The Respondent repeated that he kept asking the Complainant to leave because he was embarrassed and did not want anyone to see him.

- The Respondent confirmed the Complainant remained in the doorway the entire encounter.[14]

---

[13] Respondent physically demonstrated this act during the interview, which resembled a sweeping motion of his fully extended arm.  See drawing attached to Respondent's statement
[14] Respondent provided a hand-drawn diagram of his apartment.

7

- The Respondent confirmed Mr. [____] called his cell phone while the Complainant was at his home, but he did not answer.

- The Respondent recalls that the encounter between he and the Complainant might have lasted less than two minutes.

- The Respondent estimated that he drank about three large glasses of wine that night, but no more than a bottle. The Respondent denied consuming any other alcoholic beverages or any prescribed or non-prescribed drugs that night.[15]

- The Respondent confirmed he has never had a key to the Complainant's apartment.

_____ (witness):

- Mr. _____ indicated that he was at the Complainant's apartment on February 14, 2020, studying for STEP. Mr. _____ said he might have arrived at the Complainant's apartment around 5 or 6 p.m. Mr. _____ understood that the Complainant and the Respondent were broken up on February 14, although still in love.

- Mr. _____ recalled that on February 14, 2020:
  *"While he and the Complainant were studying at her apartment, there was a certain time where the Complainant's phone started 'blowing up' with phone calls and texts from the Respondent. The Complainant had not said anything about the Respondent that night up to that point. The Respondent was calling the Complainant multiple times. On one of the calls that the Complainant answered he could hear the Respondent say, 'You fucking bitch,' or 'You cunt,' or something like that. The Respondent was cussing the Complainant out and tearing her down. Mr. _____ had never heard anyone talk to anyone like that. Mr. _____ told the Complainant she should never let anyone talk to her like that. She was like, 'I told you this always happens.' The Complainant had previously told Mr. _____ during talks at the LRC [Learning Resource Center] that the Respondent was psychologically or mentally abusive, but this was the first time Mr. _____ actually heard it for himself. This phone call occurred toward the end of the night.*

  *Mr. _____ was about to leave the Complainant's apartment. Mr. _____ does not remember what time it was. Mr. _____ and the Complainant were in the garage. She was going to spend the night at her sister's house. The Complainant received a phone call from the Respondent. The Complainant told Mr. _____ that the Respondent had said he was going to kill himself. Mr. _____ cannot remember if he actually heard the Respondent say this over the phone. The Respondent hung up and would not answer any phone calls from the Complainant. Mr. _____ told the Complainant to call the cops. The Complainant was scared that the Respondent would kill himself if he saw the cops. The Complainant was set on going over to the Respondent's apartment herself to see him. She was bawling in tears. Mr. _____ told the Complainant he wanted to go with her, but she declined.*

  *Mr. _____ wanted to follow the Complainant, but she drove off and he did not know where the Respondent lived. So, Mr. _____ just waited in his car in the Complainant's apartment complex garage. Mr. _____ called Ms. _____ to see if she knew where the Respondent lived so he could get the cops. Ms. _____ did not know the Respondent's address either so Ms. _____ called the Respondent's friends.*

---

[15] Respondent provided drug screens taken on 01/11/2020 and 03/05/2020. The 12-panel screen was negative.

8

*The Complainant called Mr. ▮▮▮ on her drive back to her apartment. She was bawling in tears. She told Mr. ▮▮▮ that the Respondent had pointed a gun at her and said he would blow her brains out or put a bullet through her skull or something like that, if she did not leave his apartment. So, she left. Mr. ▮▮▮ remembers the Complainant telling him the 'scene' was troubling because it was the Respondent with a bouquet of roses, a gun on the sofa and wine.*

*When the Complainant arrived at her home, she was visibly distraught. She got out of her car without putting it in the park gear. She was puking. Mr. ▮▮▮ was initially alone with the Complainant, then the cops arrived about 10 minutes after, and then Ms. ▮▮▮ came about 30 minutes later. The Complainant's older sister eventually came a little after that.*

- Mr. ▮▮▮ did not hear the Respondent threaten the Complainant on any of the phone calls.

- Mr. ▮▮▮ tried calling the police after the Complainant left her apartment, but the police could not do anything without the Respondent's address.

- Mr. ▮▮▮ stayed at the Complainant's apartment complex until she returned. The Complainant might have been gone for 30 minutes to an hour.

▮▮▮ (witness):

- Ms. ▮▮▮ believes the Complainant and the Respondent were broken up on Valentine's Day.

- Ms. ▮▮▮ said she was at a Valentine's Day party on February 14, 2020, when Mr. ▮▮▮ contacted her around 10:21 p.m. Mr. ▮▮▮ told Ms. ▮▮▮ that the Complainant left her apartment after receiving a call from the Respondent that he was going to hurt himself.

- Ms. ▮▮▮ recalled the following:
*"Mr. ▮▮▮ was panicked and worried because the Complainant was not answering his phone calls. Ms. ▮▮▮ called the Complainant and she answered Ms. ▮▮▮ call. Ms. ▮▮▮ told the Complainant that [sic] she did not think it was safe for the Complainant to go to the Respondent's apartment if he was threatening to hurt himself. The Complainant replied along the lines of, 'I love him and need to make sure he is okay.' The Complainant hung up on Ms. ▮▮▮.*

*Ms. ▮▮▮ proceeded to call the police. The police said they could not do anything until she had the Respondent's address. So, Ms. ▮▮▮ called the Respondent's friends, ▮▮▮ and ▮▮▮. They were a little unwilling to give Ms. ▮▮▮, the Respondent's address. Ms. ▮▮▮ explained to Messrs. ▮▮▮ and ▮▮▮ that the Respondent threatened to kill himself and she really needed his address.*

*After about 20 minutes, Ms. ▮▮▮ finally got the Respondent's address. Ms. ▮▮▮ called the police with the address, but by then, the police said the Complainant had already called the police. After that, Ms. ▮▮▮ went to the Complainant's apartment. The Complainant's sister, Mr. ▮▮▮ and the cops were there. The Complainant appeared shaken up. Ms. ▮▮▮ just comforted the Complainant that night. The Complainant told Ms. ▮▮▮ what happened. Mr. ▮▮▮ told Ms. ▮▮▮, he was shocked because he never heard someone speak to another human that way, referring to the way the Respondent spoke to the Complainant that night."*

9

Additional Information for Consideration:

- On February 15, 2020, the Harris County District Attorney filed charges against the Respondent for felony Aggravated Assault-Family Member and requested a high bond. See Attachment 2.

---

| | |
|---|---|
| __X__ | Approved – Review with Complainant & Respondent as appropriate |
| _____ | Requires Further Investigation |
| _____ | Other Action Requested |

4/15/2020      *Deana K. Moylan*
Date                Title IX Coordinator Signature

# ATTACHMENT 1

Confidential – For Internal Use Only

Interview Date:  February 26, 2020

Interviewer:     Deana K. Moylan, Deputy Title IX Coordinator

Tiffany Dillard Obeng, Sr. Equal Opportunity Advisor

Witness:     Margaret C. McNeese, M.D., Vice Dean, Admissions and Student Affairs & Title IX Coordinator

Amy Dixon, Senior Legal Advisor

Interview of Responding Party (RP): ███████████, Medical Student

Matt Hennessy, Attorney Representative for Mr. ███

HOOP Policy #59 Allegation under Review: Dating Violence

1. **When did you and Ms. ███████████ (hereinafter referred to as "Complainant") start dating?**
   We met on 09/30/2018 and began going on dates immediately after that.  We agreed to be exclusive on 10/27/2018 and we considered that date our anniversary.

2. **How did you and Complainant meet?**
   I went to meet one of my friends at Rice Village. Complainant was there that night with her family after a Melanoma walk on 09/30/2018. She saw me and approached me. We started talking. We stayed up talking until 5 a.m. the next morning.

3. **What happened on 02/14/2020 that led to your arrest?**

   On 02/14/2020, in the midst of an argument in our sometimes rocky relationship, I made a drunken, manipulative statement to Complainant over the phone, but I never intended to hurt myself. I did not ask and I did not expect Complainant to come to my apartment, and I was surprised when she walked through the door. She entered by using a key I had given her, but she still had the key only because she refused to return it despite my multiple requests. When Complainant entered my apartment without my consent, I was sitting on my couch with an unloaded pistol beside me. As soon as I saw her, I wanted her to leave. I didn't want her or anyone else to see me that way. I waved the gun pointing to the door and loudly told her to leave. I was never going to hurt myself or anyone else, but I recognize I had a dark moment and I do not minimize it – I have since sought out psychiatric help, and I intend to work through what happened.  I wish Complainant the best.

4. **What happened prior to Complainant coming to your apartment on 02/14/2020?**
   The events of 2/14/2020 were the culmination of a disagreement that started two weeks prior. On 02/01/2020, I had plans to meet some of my classmates to home-brew beer. I invited Complainant to join me. She was busy studying for STEP, so I went to my friends' home without her.

   We finished brewing and then left for Buffalo Bayou Brewing Company. My friends and I hung out there and Complainant and I were texting during that time. She eventually said she could come meet us at the brewery. I was eating nachos when she arrived. I greeted her at the door and kissed

1