IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE,<br>    *Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, UNIVERSITY OF TEXAS BOARD OF REGENTS, MARGARET MCNEESE, in her individual and official capacity, DEANA MOYLAN, in her individual and official capacity, SHEELA LAHOTI, in her individual and official capacity, and DANA MCDOWELLE, in her individual and official capacity,<br>    *Defendants.* | Civil Action No. 4:21-cv-01439 |

## STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AS TO DEFENDANT THE UNIVERSITY OF TEXAS BOARD OF REGENTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff John Doe hereby dismisses with prejudice his claims for denial of procedural due process arising under 42 U.S.C. § 1983 and the Fourteenth Amendment to the U.S. Constitution as to defendant The University of Texas Board of Regents *only*, stated on pages 46–50 of Plaintiff's Original Complaint [ECF 1].

This stipulation has no effect on Plaintiff's remaining claims as to the other named Defendants under any other cause of action stated in the Original Complaint.

Dated: August 6, 2021

Respectfully submitted.

/s/     Tara J. Davis
Andrew T. Miltenberg, Esq. (*pro hac vice*)
Tara J. Davis, Esq. (*pro hac vice*)
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
tdavis@nmllplaw.com

Walter Lynch, Esq.
*State Bar No. 24046330*
*Federal ID No. 965265*
Amir Halevy, Esq.
*State Bar No. 24065356*
*Federal ID No. 1259956*
Jordan, Lynch & Cancienne PLLC
1980 Post Oak Blvd, Suite 2300
Houston, Texas 77056
(713) 955-4021 (direct line)
(713) 955-9644 (facsimile)
wlynch@jlcfirm.com
ahalevy@jlcfirm.com

**COUNSEL FOR PLAINTIFF**

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

/s/     *Cory A. Scanlon*
CORY A. SCANLON

        Attorney-in-Charge
        State Bar No. 24104599
        Southern District No. 3504922
        **BEN DOWER**
        State Bar No. 24087397
        Southern District No. 3071131
        Assistant Attorneys General
        General Litigation Division
        Office of the Attorney General
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        Telephone (512) 463-2120
        Facsimile: (512) 320-0667
        cory.scanlon@oag.texas.gov
        benjamin.dower@oag.texas.gov
        **COUNSEL FOR DEFENDANT**