IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE,<br>　　　*Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | |
| UNIVERSITY OF TEXAS HEALTH<br>SCIENCE CENTER AT HOUSTON,<br>UNIVERSITY OF TEXAS BOARD OF<br>REGENTS, MARGARET MCNEESE, in her<br>individual and official capacity, DEANA<br>MOYLAN, in her individual and official<br>capacity, SHEELA LAHOTI, in her individual<br>and official capacity, and DANA<br>MCDOWELLE, in her individual and official<br>capacity,<br>　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:21-cv-01439 |

## DECLARATION OF SUZANNE M. MILLER, MD, FACEP, FACEM

**SUZANNE M. MILLER** hereby declares subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

1.　　I am an emergency physician both nationally and internationally and also run MDadmit, a medical admissions consulting service dedicated to assisting health professional school and residency applicants. My CV is attached hereto as Exhibit 1.

2.　　I submit this Declaration in support of Plaintiff John Doe's opposition to Defendants' Motion to Dismiss.

3.　　I have reviewed the following documents, for purposes of preparing this Declaration:

　　　a)　John Doe's Medical School Transcript
　　　b)　Selection of John Doe's third- and fourth-year clinical rotation evaluations
　　　c)　John Doe's USMLE Step 1 report
　　　d)　John Doe's USMLE Step 2 report
　　　e)　John Doe's CV

1

4.      In preparing this Declaration, I have also relied upon the following sources:

   a)   NRMP's published data in Results and Data: 2019 Main Residency Match
        (https://mk0nrmp3oyqui6wqfm.kinstacdn.com/wp-
        content/uploads/2019/04/NRMP-Results-and-Data-2019_04112019_final.pdf)
   b)   NRMP's published data in Results and Data: 2020 Main Residency Match
        (https://www.nrmp.org/main-residency-match-data/)
   c)   NRMP's published data in Results and Data: 2021 Main Residency Match
        (https://www.nrmp.org/main-residency-match-data/)
   d)   Results of the 2020 NRMP Program Director Survey
        (file:///Users/drsuzannemmiller/Desktop/2020-PD-Survey.pdf)

5.      My understanding of the importance of the MSPE and view of professionalism and ethics in residency admissions stems from over 20 years of residency admissions consulting, serving on residency admissions committees, speaking with program directors, and reviewing the National Residency Match Program (NRMP) data.

6.      Both personal experience and the NRMP data make clear the MSPE letter and a candidate's professionalism and ethics hold great weight in residency admissions at the interview selection and rank list steps in the process. Further, professionalism and ethics are one of the most important factors in a resident's success in a program.

7.      Therefore, any language included in the MSPE that puts into question a residency applicant's professionalism will dramatically decrease their chances of receiving residency interviews, being placed highly on a match list, and, thus, matching into a residency of their choosing or equal caliber.

**Requirements to Become a Physician in the United States**

8.      To become a licensed, practicing physician in the United States, one must complete a "residency," also known as graduate medical education (GME), in a medical specialty program accredited by the Accreditation Council for Graduate Medical Education (ACGME). Graduating from medical school does not give an individual the right to practice medicine in the US because, in all but extremely rare circumstances, a US-based residency must be completed to gain the right to practice

via state medical licenses. Given the stringent practice requirements, the US is known as one of the hardest countries in the world in which to gain permission to practice medicine.

9.      For a US-based medical student to obtain a US-based medical residency, he/she must:

    a)      Pass academic requirements of his/her medical school (allopathic or osteopathic) and graduate in good standing.

    b)      Pass the first two steps of the USMLE, often referred to colloquially as "the boards." The third and final USMLE step is required to be passed during residency to obtain specialty licensing to practice medicine from the relevant member board of the American Board of Medical Specialties.

    c)      Complete the Electronic Residency Application Service (ERAS) application.

    d)      Enter the National Residency Match Program (NRMP) or another relevant residency-matching program and "match" in a residency.

10.      "The match" refers to a program run by the NRMP (known formally as the Main Residency Match), which matches soon-to-be medical school graduates and those who have already graduated from medical school with a specific residency program.

11.      US allopathic/osteopathic and foreign medical students/graduates are eligible for entering the match. NRMP is by far the largest residency matching system in the US, but other programs do exist mostly for subspecialty surgeries and military personnel. This report will focus on the NRMP, which is by far the most common system used by US medical school graduates.

12.      The ERAS is the central application for all ACGME-approved residencies and typically opens in September. A candidate fills out one application, which ERAS then transmits to each program selected by the candidate. Residency programs then use the ERAS application to determine which applicants will be offered an interview. Candidates who are not offered an interview from a specific program are considered rejected from that program. Some applicants receive no interview invites.

13.      For applicants who are offered and attend interviews, they then submit to the NRMP in January/February a list of the programs they would like to attend in order of preference, known as the "rank list." Residency programs are asked to submit to the NRMP their own list of preferred

candidates, also in order of preference, during the same time period. A computer algorithm then matches each applicant with a residency program based on the rank lists of both the applicants and the residency programs. Applicants and residency programs are notified of the match results on an infamous day in March known as "Match Day." Submitting a match list does not guarantee a candidate will be matched with a residency program.

14.     The match process has increased in competitiveness since the late 1990s because the number of US medical schools, and thus residency applicants, has increased significantly, while the number of residency spots, the majority of which are subsidized by Medicare, have not increased concomitantly since Congress stopped an increase in funding in 1997. A recent merger of the allopathic and osteopathic match process has increased residency positions, particularly in family practice and internal medicine, but this has not significantly closed the gap between applicants and positions offered.

15.     Graduating from a US allopathic medical school in good standing clearly has an advantage in the residency match.

16.     In 2019, according to the NRMP's published data in Results and Data: 2019 Main Residency Match (1):

- Seniors at US allopathic medical schools matched at a rate of 93.9%.
- Students and graduates from US osteopathic schools matched at a rate of 84.6%.
- US Citizens from international medical schools (IMG) matched at a rate of 59%.

17.     The 2020 residency match results show a similar trend (2):

- Seniors at US allopathic medical schools matched at a rate of 93.7%.
- Students and graduates from US osteopathic schools matched at a rate of 90.7%.
- US Citizens from international medical schools (IMG) matched at a rate of 61.0%.

18.     Even in the unusual pandemic climate of 2020-2021, the 2021 residency match results show the trend continued (3):

- Seniors at US allopathic medical schools matched at a rate of 92.8%.
- Students and graduates from US osteopathic schools matched at a rate of 89.1%.
- US Citizens from international medical schools (IMG) matched at a rate of 59.5%.

19.     However, medical specialties vary in their level of competitiveness in the Match. John Doe's chosen specialty is orthopedics, amongst the most competitive specialties in the US. While nearly 93% of seniors at US allopathic medical schools match into a residency in the 2021 match, only 75% of US MD seniors who applied in orthopedics match.

20.     Figure 6 of NRMP's published data in Results and Data: 2021 Main Residency Match shows orthopedics had the second largest number of unmatched MD seniors, further demonstrating how challenging it is to match successfully into an orthopedics residency.

5



**Figure 6** Percentages of Unmatched MD Seniors and DO Seniors Who Ranked Each Specialty as Their Only Choice, 2021

Note: Specialties with fewer than 20 matched applicants are excluded from this figure. Transitional Year is excluded.

## Summary of US Residency Application and Selection Process

21.     Gaining acceptance to a US-based residency program requires a rigorous application process. The ERAS application is most commonly used, as the vast majority of ACGME-approved

6

residencies require it.

22.     ERAS obtains the following information from applicants:

- Demographic data;
- Work authorization and citizen/visa status;
- Biographic information (ethnicity/race);
- Language fluency;
- Military service;
- Hometown(s);
- Post-secondary education (prior undergraduate and medical school education);
- Current/prior medical training;
- Medical licensure (if obtained through previous medical residencies);
- Information on license being suspended/revoked/voluntarily terminated, malpractice claims, misdemeanor convictions, and felony convictions;
- Certifications and memberships in honor societies;
- Medical school awards;
- Other awards/accomplishments;
- Work, volunteer, and research experiences;
- Publications, posters, and chapters;
- Hobbies and interests;
- USMLE scores from steps 1 and 2;
- Medical school transcripts (academic performance);
- Personal statement;
- Letters of recommendations (usually three);
- Medical Student Performance Evaluation (MSPE) (formerly known as the "Dean's Letter) from an applicant's medical school.

23.     The ERAS Application includes the following section relevant for institutional action: "*Additional Information: Was your medical education/training extended or interrupted? Yes/No*". If "Yes", 510 characters of explanation are allowed.

24.     Based on the data in the ERAS application, residency programs invite select applicants for interviews. After the interview, residency program selection committees consider all the applicant's data (provided in ERAS + interview) to determine if the applicant will be ranked at all and, if so, exactly where said applicant will be placed on the program's rank list turned into the NRMP.

25.     Biennially, the NRMP surveys residency program directors to determine what factors

7

the program directors are using to select applicants to interview and to rank applicants for the Match. The 2020 survey (4) demonstrates that, for all specialties, both the MSPE and professionalism are critical to the program directors' decision making on interview invites and match ranking.

26.    Figure 1 demonstrates program directors in all specialties rank the MSPE as one of the top five most important factors when selecting applicants to interview (cited by 76% of program directors) with a mean importance rating of 4.0/5.0. This mean importance rating is equivalent to academic criteria such as USMLE Step 1 and 2 scores and academic grades/ranking. While "Evidence of professionalism and ethics" was cited by 62% of program directors, the 4.5 mean importance rating ranks this as the most important factor considered when deciding who to invite for interviews after "Applicant was flagged with Match Violation by the NRMP."



Figure 1

All Specialties
Percentage of Programs Citing Each Factor And Mean Importance Rating¹ for Each Factor in Selecting Applicants to Interview
(N=650)

| Factor | Percent Citing Factor | Average Rating |
|---|---|---|
| USMLE Step 1 score | 90% | 4.0 |
| Letters of recommendation in the specialty | 84% | 4.3 |
| USMLE Step 2 CK score | 78% | 4.0 |
| Personal Statement | 78% | 3.9 |
| Medical Student Performance Evaluation (MSPE/Dean's Letter) | 76% | 4.0 |
| Perceived commitment to specialty | 70% | 4.4 |
| Grades in required clerkships | 69% | 4.0 |
| Audition elective/rotation within your department | 66% | 4.3 |
| Any failed attempt in USMLE | 66% | 4.5 |
| Class ranking/quartile | 65% | 4.0 |
| Personal prior knowledge of the applicant | 65% | 4.3 |
| Leadership qualities | 63% | 4.2 |
| Grades in clerkship in desired specialty | 62% | 4.2 |
| Evidence of professionalism and ethics | 62% | 4.5 |
| Perceived interest in program | 61% | 4.2 |
| Passing USMLE Step 2 CS | 60% | 4.0 |
| Other life experience | 57% | 3.9 |
| COMLEX-USA Level 1 score* | 56% | 3.9 |
| Alpha Omega Alpha (AOA) membership | 52% | 3.7 |
| Any failed attempt in COMLEX-USA* | 51% | 4.4 |
| Volunteer/extracurricular experiences | 51% | 3.8 |
| COMLEX-USA Level 2 Clinical Evaluation (CE) score* | 50% | 4.0 |
| Consistency of grades | 48% | 4.0 |
| Awards or special honors in clinical clerkships | 47% | 3.5 |
| Graduate of highly-regarded medical (MD/DO) school | 46% | 3.6 |
| Evidence of continuous medical education without gaps | 45% | 4.0 |
| Gold Humanism Honor Society (GHHS) membership | 44% | 3.7 |
| Awards or special honors in clerkship in desired specialty | 41% | 3.8 |
| Passing COMLEX-USA Level 2 Performance Evaluation* | 40% | 4.0 |
| Demonstrated involvement and interest in research | 36% | 3.7 |
| Applicant was flagged with Match violation by the NRMP | 31% | 4.7 |
| Visa status** | 28% | 4.1 |
| Away rotation in your specialty at another institution | 25% | 3.9 |
| Fluency in language spoken by your patient population | 21% | 3.6 |
| Interest in academic career | 20% | 3.8 |
| Awards or special honors in basic sciences | 20% | 3.2 |
| USMLE Step 3 score | 15% | 3.3 |
| COMLEX-USA Level 3 score* | 10% | 3.5 |

¹ Ratings on a scale from 1 (not at all important) to 5 (very important).
* DO seniors/graduates only.
** International Medical Graduates only.

27.    Figure 2 once again demonstrates the importance of the MSPE and professionalism in program directors' decision making when ranking applicants. "Evidence of professionalism and ethics" again had the second to highest mean importance rating and the MSPE was the twelfth most commonly cited factor out of 44.



28.     Figure 3 shows program directors rank "Professionalism" alongside "Quality of patient care," "Clinical competency," and "Ethics" as the most important factor in assessing resident's success in a residency program with a 4.9/5.0 rating.

**Figure 3**



**Importance of Factors in Assessing Residents' Success in Residency Program**
Average rating on a scale of 5 (5=very important)
n=621

| Factor | Rating |
| --- | --- |
| Professionalism | 4.9 |
| Quality of patient care | 4.9 |
| Clinical competency | 4.9 |
| Ethics | 4.9 |
| Communication skills | 4.8 |
| Passing board certification examination | 4.5 |
| Personality | 4.3 |
| Academic performance during residency | 4.2 |
| Ability to teach medical students | 3.8 |
| Performance on in-training examination | 3.7 |
| Patient Satisfaction Scores | 3.5 |
| Research and publications | 3.1 |

**Conclusion and Opinions**

29.     The NRMP data, corroborated by my personal experience, demonstrate the MSPE and language regarding professionalism and ethics hold great weight in the residency selection process for both interview selection and program rank list decisions.

30.     Therefore, any language included in the MSPE that puts into question a residency applicant's professionalism or ethics will dramatically decrease their chances of receiving residency interviews, being placed highly on a match list, and, thus, matching into a residency of their choosing or equal caliber.

31.     Further, John Doe will be applying in orthopedics, one of the most competitive specialties, which makes the impact of negative MSPE language around professionalism even greater. MSPE language implying unprofessionalism will significantly decrease John Doe's chances of

matching in orthopedics at all, let alone to a residency of his choice or equal caliber.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 12, 2021

*Suzanne M. Miller*
Suzanne M. Miller, MD, FACEP, FACEM

# EXHIBIT 1



**Suzanne M. Miller, MD, FACEP, FACEM**

Mobile +1 202.738.4353

Skype smiller1142

Smiller1142@gmail.com

## EDUCATION

**Stanford University** 2004-2007
Emergency medicine internship and residency Palo Alto, CA
Led clinical trial studying cardiovascular effects of marathon running USA
International educator

**Harvard Medical School** 2000-2004
Doctorate of Medicine (MD) Boston, MA
International clinical and research work in Costa Rica & Guatemala USA
Proctor, tutor, and co-director of Eliot House Pre-Med Committee

**Harvard University** 1995-1999
Honors Bachelor of Arts (BA) in History and Science Cambridge, MA
Phi Beta Kappa (www.pbk.org), Rhodes & Marshall Scholar Finalist USA
Co-captain of varsity basketball team, Harvard-Student Athlete of the Year

## SPECIAL CERTIFICATIONS

- Australian Institute of Ultrasound courses in BELS and lung, 2019
- Board re-certified by American Board of Emergency Medicine (FACEP), 2018
- Cicada Innovation's Ignition Health Course, New South Wales Medical Device Commercialization Training Program, 2017
- Specialist certified by Australasian College for Emergency Medicine (Fellow, ACEM), 2014
- Board certified by American Board of Emergency Medicine (FACEP), 2008
- Australian Institute of Ultrasound courses in FAST, lung, AAA, vascular access, biliary, early pregnancy, and DVT, 2016
- Disaster Management and Emergency Preparedness Course, 2012
- Harvard Humanitarian Initiative Humanitarian Studies Course, 2011

## CLINICAL PRACTICE HISTORY

**Emergency Medicine Visiting Medical Officer** 2021-present
Consultant in emergency department for tertiary-referral center Heidelberg, VIC
Teaching hospital for the University of Melbourne Australia
Teaching responsibilities for registrars, SRMOs, and JMOs

**Emergency Telehealth Physician** 2019-2020
*AmWell* Virginia
Provide urgent care via video visits USA
Served throughout COVID-19 pandemic

**Suzanne M. Miller, MD, FACEP, FACEM**

| | |
|---|---|
| **Emergency Department Fellow & Specialist** | 2014, 2017-2019 |
| *Royal Prince Alfred Hospital* | Camperdown, NSW |
| Consultant in emergency department for trauma & tertiary-referral center | Australia |
| Completed 6-month supervised practice as last step for full ACEM qualification, 2014 | |
| | |
| Lead teaching hospital for the University of Sydney | |
| Regular use of Point of Care Ultrasound (PoCUS) | |
| Presented Grand Rounds March 2014 | |
| Monthly teaching responsibilities to registrars and SRMOs | |
| | |
| **Emergency Medicine Staff Specialist/Visiting Medical Officer** | 2015-2019 |
| *Ryde Hospital, Northern Sydney Local Health District (Staff Specialist 2018-2019)* | NSW |
| *Sutherland Hospital, South Eastern Sydney Local Health District (VMO)* | Australia |
| Consultant in emergency department | |
| Supervised and taught CMOs, registrars, residents, and interns | |
| Regular use of Point of Care Ultrasound (PoCUS) | |
| Completed governance review & report for Ryde's APU, 2016 | |
| | |
| **Medical Director for Adventure Race** | 2008-2013 |
| *Racing the Planet* | International |
| Led medical teams for self-supported foot races covering 250km in 7 days | |
| Worked in Chile, Egypt, China, Antartica, and Iceland | |
| | |
| **Attending Emergency Physician** | 2007-2012 |
| **Assistant Professor in Emergency Medicine** | Falls Church, VA |
| **Ultrasound Director** | USA |
| *INOVA Fairfax Hospital* | |
| Full-time attending in both adult & pediatric EDs (2/3 adult, 1/3 pediatrics) | |
| Level I trauma center, tertiary referral center, STEMI & stroke receiving center | |
| Integral to disaster response of National Capital Region | |
| US News & World Reports recognized as one of America's Best Hospitals | |
| Supervised residents (180 per year) & students (60 per year) | |
| Led ED ultrasound program | |
| | |
| **Clinical Assistant Professor in Emergency Medicine** | 2008-2012 |
| *The George Washington University School of Medicine and Health Sciences* | Washington, DC |
| Taught emergency medicine to residents and students | USA |
| Member, Selection Committee for Emergency Medicine Residency Program | |
| | |
| **Emergency Medicine Resident** | 2004-2007 |
| *Stanford Hospital and Clinics (Level I trauma center, main academic center)* | Palo Alto, CA |
| *Kaiser Permanente Santa Clara Medical Center (Community hospital)* | Santa Clara, CA |
| *San Francisco General Hospital (Level I trauma center, primarily indigent pop)* | San Francisco, CA |
| *Santa Clara Valley Medical Center (Level I trauma center, primarily immigrant pop)* | San Jose, CA |

## TECH, BUSINESS, & LEADERSHIP EXPERIENCE

| | |
|---|---|
| **Chief Medical Officer** | 2019-2021 |
| **Clinical Board Member** | 2021-present |
| *Ventec Life Systems* | Washington, DC |
| Head clinical executive of growth-stage multi-function ventilator manufacturer (VOCSN) | |
| Manage clinical specialist, training, field support, and research operations | |

**Suzanne M. Miller, MD, FACEP, FACEM**

Develop and maintain physician and DME relationships
Increased production 80x to meet US Strategic National Stockpile order of 30,000 VOCSN

**Founder & Chief Executive Officer**                                    2006-present
*MDadmit*                                                                International
Founder of consulting service assisting health professional school applicants
Author of four books, including two Amazon best sellers
Lead MDadmit Admissions Bootcamps

**Mentor & Evaluator**                                                   2017-present
*MIT Solve; CSIRO ON Prime and Accelerate*                               International
Invited leader for MIT Solve Pandemic and Health Security challenge
Mentor health-related, early-stage start-ups globally
Focus on commercializing research/IP

**Chief Clinical Officer**                                               2018-2019
*Coviu Global*                                                           Sydney, NSW
Executive in early-stage telehealth software start-up                    Washington, DC
Led education creation and evidence review
Wrote two successful grants totaling over $3million AUD

**Chief Medical Officer**                                                2017-2019
**Board of Advisors**                                                    2019-present
*What The Doctor Said*                                                   Sydney, NSW
Focus on improving both patient and doctor side of patient discharge process
Provide clinical and commercialization advice
Founder awarded Myer Innovation Fellowship

**Senior Vice President, Chief Medical Officer**                         2012-2013
**Board of Advisors**                                                    2013-2017
*Eniware Sterile*                                                        Washington, DC
Early staff in spin-off company of Noxilizer LLC                         USA
Developed power-free, portable sterilization for developing world
Liaised with engineers, clinicians, and potential funders

**Co-Founder & Chief Medical Officer**                                   2013-2020
*mHealth Digital*                                                        Sydney, NSW
Developed SunVisor, a mobile app targeting sun safety                    Australia
App automatically tracks, monitors, & notifies user of sun exposure health impact
Utilized during 2018 Commonwealth Games

**Legal Expert**                                                         2013-present
*Various Attorneys at Law*                                               National
Provide expert services to both plaintiffs and defendants                USA
Complete expert reports
Deposition & trial experience

**Tutor & Co-Chair**                                                     2001-2004
*Eliot House Premedical Committee*                                       Cambridge, MA
Resident advisor to pre-med students in Harvard residential community    USA
Individually responsible for well-being of 30+ students
Assisted with application and interview preparation of all pre-meds

**Suzanne M. Miller, MD, FACEP, FACEM**

| | |
|---|---|
| **Co-captain of Varsity Basketball Team** | 1998-1999 |
| *Harvard University* | Cambridge, MA |
| Three-year starter for three-time Ivy League Champions | |
| Three-time NCAA tournament representation | |
| Recipient of Harvard Student-Athlete Award | |

## INTERNATIONAL EXPERIENCE

| | |
|---|---|
| **Emergency Medicine Consultant** | 2014-2019 |
| *Royal Prince Alfred Hospital, Ryde Hospital, Sutherland Hospital* | Australia |
| Practiced and taught emergency medicine in Australian academic centers | |
| | |
| **International Educator in India** | Spring 2010 |
| *George Washington University International Emergency Fellowships* | India |
| Lectured Indian Emergency Medicine Fellows in Calicut & Kolkatta | |
| | |
| **Disaster Volunteer post Haiti Earthquake** | January 2010 |
| *Community Coalition for Haiti* | Haiti |
| Established outdoor emergency department to care for earthquake victims | |
| | |
| **Medical Volunteer in Lebanon** | July 2009 |
| *Catholic Near East Welfare Association* | Lebanon |
| Provided medical care to Palestinian refugees in Dbayeh & Bourj al Barajneh | |
| | |
| **International Educator in India** | Fall 2006 |
| *Apollo Hospitals Hyderabad and Chennai* | India |
| Instructed EMT-I students in pilot project now used as basis of Indian EMS system | |
| | |
| **Medical Volunteer in Guatemala** | Spring 2004 |
| *Centro de Emergencias Maternal Infantil* | Guatemala |
| Provided emergency and obstetric care in remote health clinics | |

## RESEARCH & POLICY EXPERIENCE

| | |
|---|---|
| **National Policy Team Volunteer** | 2008-2010 |
| *Hope Street Group* | Washington, DC |
| Provided policy support for Healthcare Bi-Partisan Working Group | USA |
| | |
| **Public Health Committee** | 2006-2007 |
| *Emergency Medicine Resident Association* | National |
| Elected member of national public health committee | USA |
| | |
| **Independent Researcher** | Summer 2001 |
| *Harvard Medical School* | Costa Rica |
| Independently conducted the case-control study, "Health Status and Access to Care of Nicaraguans versus Costa Ricans in San Pablo de Heredia, Costa Rica" | |

4

Suzanne M. Miller, MD, FACEP, FACEM

| | |
|---|---|
| **Research Assistant** | 1999-2000 |
| *Institute of Medicine* | Washington, DC |
| Performed health policy research and wrote background papers | USA |
| Worked on landmark *To Err is Human: Building a Safer Health System* publication | |

| | |
|---|---|
| **Research Assistant** | Fall 2000 |
| *Harvard Medical School* | Boston, MA |
| Assisted Dr. Mary Jo Good in health policy research | USA |

| | |
|---|---|
| **Research Assistant** | Spring 1998 |
| *Harvard University* | Cambridge, MA |
| Assisted Dr. Susan Ware in *Notable American Women*, Volume 5 research | USA |

## PUBLICATIONS & PRESENTATIONS

*Publications*

Doyle SK, Rippey JC, Jacques A, Rea AM, Kaiser BN, **Miller SM**, Anstey MH. Effect of personalised, mobile-accessible discharge instructions for patients leaving the emergency department: A randomised controlled trial. *Emerg Med Australas*. 2020 May 7.

**Miller, Suzanne M.** *Nailing the Medical School Interview: A Harvard MD's Comprehensive Preparation Strategy.* MDadmit, 2016. Available at http://www.Amazon.com.

**Miller, Suzanne M.** Five Mistakes to Avoid in Medical School Interviews. The Student Doctor Network. 2016. Available at https://www.stsudentdoctor.net/2016/06/five-mistakes-avoid-medical-school-interviews/

**Miller, Suzanne M.** Nine-article series on USMLE preparation. Noodle.com. 2015-2016. https://www.noodle.com/u/us90729/dr-suzanne-m-miller/articles

**Miller, Suzanne M.** *The Medical School Admissions Guide: A Harvard MD's Week-by-Week Admissions Handbook, 3rd Edition*. MDadmit, 2014. Available at http://www.mdadmit.com, http://www.amazon.com, and http://www.barnesandnoble.com.

**Miller, Suzanne M.** *How to be Pre-Med: A Harvard MD's Medical School Preparation Guide for Students and Parents*, MDadmit, 2013. Available at http://mdadmit.com, http://www.amazon.com, and http://www.barnesandnoble.com.

**Miller, Suzanne M.** Pre-Med and Medical Students Beware. The Student Doctor Network. 2013. Available at https://www.stsudentdoctor.net/2013/06/pre-meds-and-medical-students-beware.

**Miller, Suzanne M.** Practical advice for the parent of a pre-med. KevinMD. 2013. Available at http://www.kevinmd.com/blog/2013/04/practical-advice-parent-premed.html

**Miller, Suzanne M.** *How to Get Into Medical School with a Low GPA*. MDadmit, 2012. Available at http://www.howtobepremed.com.

**Miller, Suzanne M.** How to be a Premed Student. PreMedLife. 2012. Available at www.premedlife.com/feature-articles/the-6-buckets-of-how0to-be-premed-1272/

Suzanne M. Miller, MD, FACEP, FACEM

**Miller, Suzanne M.** 7 "Deadly Sins" of Medical School Admission. PreMedLife. 2012. Available at www.premedlife.com/feature-articles/7-deadly-sins-of-medical-school-admissions-1149 /

**Miller, Suzanne M.** A Bump in the Silk Road. *Go Nomad.* 2011. Available at http://www.gonomad.com.

**Miller, Suzanne M.** *The Medical School Admissions Guide: A Harvard MD's Week-by-Week Admissions Handbook.* MDadmit, 2010.

**Miller S**, Ashley E, Schreiber D et al. Myocardial injury is not related to training levels among recreational participants in the Silicon Valley Marathon. SAEM Conference, Washington, DC, 2007.

**Miller S**. Information Powerless. National Public Radio (NPR) Perspective. Aired on KQED October 17, 2005.

Schreiber DH and **Miller SM**. Update of cardiac markers in the Emergency Department.  eMedicine Journal (serial online) 2006. Available at http://www.emedicine.com/emerg/topic932.htm.

Peterson JS, **Miller SM**, and Cairns CB.  Toxicity, nitrous dioxide.  eMedicine Journal (serial online) 2006. Available at http://www.emedicine.com/emerg/topic847.htm.

Chen J, Kamath R, Lam A, Litrovnik B, Leight K, **Miller S**, Sawady J, and Schultz A. How will changes in resident work hours affect medical students? *Current Surgery* 60(3):268-70, May/June 2003.

**Miller, Suzanne**. When sexual development goes awry. *The World and I* 9:148-155, September 2000.

Chalk R, Miller W, **Miller S**, Schofield H. *Calling the Shots: Immunization Finance Policies and Practices* Institute of Medicine, National Academy Press, 2000.

Kohn LT, Corrigan JM, Donaldson MS, McKay T, Pike KC, and **Miller S**. *To Err is Human: Building a Safer Health System* Institute of Medicine, National Academy Press, 1999.

**Miller, SM**. What is a woman?: Sex testing of female athletes in international athletic competition 1968-1996. Honors thesis in History and Science, Harvard University, Cambridge, MA, 1999.

**Miller, Suzanne M**.  How the Museum of Comparative Zoology survived the onslaught of Darwinism. *The Undergraduate Journal of Sciences* Harvard University, Cambridge, MA, 1998.

## *Presentations*

| | |
|---|---|
| **A (Kinda) Evidence-Based Review of Obstetric Emergencies** | March 2018 |
| *Peripheral Hospitals Emergency Medicine Conference Evidence Review 2017* | Wollongong, NSW |
| | |
| **Proof + Procedure: Ultrasound-Assisted LPs in Adults and Kids** | March 2017 |
| *Peripheral Hospitals Emergency Medicine Conference Evidence Review 2017* | Wollongong, NSW |
| | |
| **OutflankED** | March 2014 |
| *Royal Prince Alfred Hospital Grand Rounds* | Camperdown, NSW |
| | |
| **The Six Buckets of Medical School Admissions** | Spring 2012 |
| *George Mason University* | Fairfax, VA |
| *Harvard University* | Cambridge, MA |
| *Harvard Extension School* | Cambridge, MA |

**Suzanne M. Miller, MD, FACEP, FACEM**

| | |
|---|---|
| **Febrile Seizures** | March 2011 |
| *George Washington University Capstone Course* | Washington, DC |
| | |
| **The Seven Deadly Sins of Medical School Admissions** | Winter-Spring 2011 |
| *University of Maryland* | College Park, MD |
| *George Mason University* | Fairfax, VA |
| *University of Virginia* | Charlottesville, VA |
| *Harvard University* | Cambridge, MA |
| *Boston College* | Boston, MA |
| | |
| **Neurological Emergencies** | April-May 2010 |
| **Genitourinary Emergencies** | Calicut/Kolkata, |
| **Emergency Ultrasound** | India |
| *George Washington University International Emergency Fellowships* | |
| | |
| **Decision Making Under Pressure: Lessons from the ER** | March 2009 |
| *George Washington University Luther Rice Society's Financial Alliance Luncheon* | New York, NY |
| | |
| **Myocardial injury is not related to training levels among recreational participants in the Silicon Valley Marathon, Poster Presentation** | May 2008 |
| | Washington, DC |
| *Society of Academic Emergency Medicine Annual Meeting* | |
| | |
| **Itchy, Gooey, Scaly, and Oozy – The Delights of Dermatology** | May 2007 |
| *Stanford/Kaiser Emergency Medicine Conference* | Palo Alto, CA |
| | |
| **Do You Believe in Lidocaine?** | March 2007 |
| *Stanford/Kaiser Emergency Medicine and Trauma Conference* | Palo Alto, CA |
| | |
| **Tachyarrhythmias** | January 2007 |
| *Stanford/Kaiser Emergency Medicine Conference* | Palo Alto, CA |
| | |
| **Vascular Access in Trauma** | November 2006 |
| *Stanford/Kaiser Emergency Medicine and Trauma Conference* | Palo Alto, CA |
| | |
| **Arthrocentesis and Reductions** | September 2006 |
| *Apollo Hospital Emergency Medicine Grand Rounds* | Hyderabad, India |
| | |
| **Neurological Emergencies** | September 2006 |
| **Non-Traumatic Abdominal Emergencies** | Hyderabad/Chennai, |
| **Environmental Emergencies** | India |
| **Responding to Terrorist Attacks** | |
| *Stanford Emergency International Advances Pre-Hospital Care Course* | |
| | |
| **CPC March Madness** | May 2006 |
| *SAEM Conference CPC Competition* | San Francisco, CA |
| | |
| **Pressors** | September 2005 |
| *Stanford/Kaiser Emergency Medicine Conference* | Palo Alto, CA |
| | |
| **Trauma in Pregnancy** | June 2005 |
| *Stanford/Kaiser Emergency Medicine and Trauma Conference* | Palo Alto, CA |

Suzanne M. Miller, MD, FACEP, FACEM

| | |
|---|---|
| **Always on the Differential: Adrenal Insufficiency** | March 2005 |
| *Stanford/Kaiser Emergency Medicine Conference* | Palo Alto, CA |
| | |
| **Ultrasonography in Pediatric Abdominal Emergencies: How Good Is It?** | January 2005 |
| *Stanford/Kaiser Emergency Medicine Conference* | Palo Alto, CA |
| | |
| **Hyperemesis Gravidarum** | September 2004 |
| *Kaiser Santa Clara Department of Obstetrics and Gynecology* | Santa Clara, CA |
| | |
| **Emergency Radiology in Pregnancy** | July 2003 |
| *Beth Israel Deaconess Medical Center Case Presentation Conference* | Boston, MA |
| | |
| **Harvard University Donation Recognition** | April 1999 |
| *Harvard Club* | Boston, MA |
| | |
| **Student-Athlete Perspective** | April 1998 |
| *Silver Anniversary Celebration of Ivy League Women's Championship* | New York, NY |
| | |
| **Conservative Can Equal Environmentalist** | April 1995 |
| *National Earth Day Celebration on The Mall* | Washington, DC |

## GRANTS AND AWARDS

- Building Partnerships New South Wales Grant to Coviu Global to evaluate market for speech pathology CELF-5 add-on in telehealth video call, 2019
- Cooperative Research Centres Projects (CRC-P) Grant to Coviu Global to develop AI-technology that measures range of motion in a telehealth video call, 2018
- White House Fellows Semifinalist, 2010
- iSTAT grant to research relationship between training and myocardial injury in marathon running, 2007
- David Rockefeller Center for Latin American Studies Research Grant to perform research in Costa Rica, 2001
- Harvard College Student-Athlete of the Year, 1999
- Phi Beta Kappa, 1999
- Rhodes Scholarship Finalist, 1999
- Marshall Scholarship Finalist, 1999
- GTE Academic All-American, 1998 and 1999
- Chrysler Academic Player of the Game, NCAA Tournament game vs. Stanford, 1999
- Lowell House Award, Harvard University, recognizes individuals who made greatest contribution to house life, 1998

## LANGUAGE SKILLS

**English**
Native speaker

**Spanish**
Conversational, able to read and write
Learned through medical research and practice in Costa Rica and Guatemala

8

Suzanne M. Miller, MD, FACEP, FACEM

## HOBBIES

**Traveling**
Lived and worked in China, Haiti, India, Egypt, Chile, Guatemala, Costa Rica, England, and Australia
Made footprints on all seven continents

**Writing and Public Speaking**
Enjoy writing, editing, and public speaking
Appearances on NPR, ESPN, CNN, NBC affiliates, and Fairfax County Cable

**Tennis**
New to sport

## EXPERT WITNESS CASES

**John Doe v. Indiana University**                                2020-present
Civ. No. 1:20-cv-02006-JRS-MJD                                    USDC Indiana
Expert witness for plaintiff
Case brought by medical student accused of sexual misconduct
Provided affidavit and expert report

**John Doe v. Brown University**                                  2017-2020
*Index No. 1:15-cv-00144-S-LD*                                    USDC Rhode Island
Expert witness for plaintiff
Case brought by pre-med accused of sexual misconduct in college
Provided expert report and deposed

**Urosha Mughal v. Western Express, Inc and Billy Jay Davidson**  2016
*Civil Action No: 12-00825*                                       USDC New Jersey
Expert witness for defendant
Case brought by pre-med injured while in college
Provided expert report

**Dana T. Yeo v. John M. Loser,** *et al*                         2015
*No. 114CV260903*                                                 California Sup Court
Expert witness for plaintiff
Case brought by pre-med injured while in college
Provided expert report and deposed

**Raheel Malik v. Cooper Tire & Rubber Company**                  2014-2015
*No. 2:10-cv-06371 (WHW-CLW)*                                     USDC New Jersey
Expert witness for defendant
Case brought by medical student injured while in medical school
Provided expert report

9

**Suzanne M. Miller, MD, FACEP, FACEM**

**Khurram Janjua v. Cooper Tire & Rubber Company**                    2013-2014
*Civil Action No. WMN-12-2652*                                       USDC Maryland
Expert witness for defendant
Case brought by medical student injured while in medical school
Provided expert report