United States District Court
Southern District of Texas
**ENTERED**
October 04, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE,<br>*Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, UNIVERSITY OF TEXAS BOARD OF REGENTS, MARGARET MCNEESE, in her individual and official capacity, DEANA MOYLAN, in her individual and official capacity, SHEELA LAHOTI, in her individual and official capacity, and DANA MCDOWELLE, in her individual and official capacity,<br>*Defendants.* | § § § § § § § § § § § § § § § § § | Civil Action No. 4:21-cv-01439 |

**AMENDED RULE 16 SCHEDULING/DOCKET CONTROL ORDER**

Anticipated Length of Trial: ___ days   Jury: __X__   Non-Jury: _____

The disposition of this case will be controlled by the following schedule:

1. __10/12/2021__   **NEW PARTIES** shall be joined by this date. The attorney causing such joinder must provide copies of this ORDER to the new parties.

2. __10/12/2021__   **AMENDMENTS** to pleadings by Plaintiff or Counter-Plaintiff shall be made without motion by this date. Absent parties' agreement or court approval, answers may not be amended more than 20 days after this date. Answers to amended claims and counterclaims are due 20 days after amended claims or counterclaims are filed. Any amendments after this date must be accompanied by a motion.

3. __9/13/2021__   **EXPERT WITNESSES FOR PLAINTIFF/COUNTER-PLAINTIFF** shall be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion.

4. __11/9/2021__  **EXPERT WITNESSES FOR DEFENDANT/COUNTER-DEFENDANT** shall be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion.

5. __1/14/2022__  **DISCOVERY** must be completed by this date. Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under Federal Rules of Civil Procedure to respond until after the deadline.

6. __2/28/2022__  **MEDIATION/ADR** to be completed by this date or the parties shall file a report stating why Mediation/ADR is not appropriate.

7. __2/28/2022__  **DISPOSITIVE MOTIONS** and **ALL OTHER PRETRIAL MOTIONS** (including *Daubert/Kumho* motions, but **not** including other motions in limine) will be filed by this date.

8. __3/26/2022__  **JOINT PRETRIAL ORDER** shall be filed on or before this date. Plaintiff is responsible for timely filing the complete Joint Pretrial Order in the form set forth in the published Court Procedures.

9. __4/9/2022__  **OBJECTIONS** to exhibits and/or witnesses shall be filed on or before this date.

10. __5/27/2022__  **DOCKET CALL** is held in Courtroom 9D starting at 10:00 a.m. on this date. (The Court will set this date) Absent parties' agreement or court approval, no documents filed within five (5) days before the Docket Call will be considered at Docket Call.

All communications concerning the case shall be directed in writing to Ruth Guerrero, Case Manager for Senior United States District Judge Gray H. Miller, P.O. Box 61010, Houston, Texas 77208, or cm4141@txs.uscourts.gov.

DATE:  __10/4/21__

_____
GRAY H. MILLER
SENIOR U.S. DISTRICT JUDGE