IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE,<br>  *Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, UNIVERSITY OF TEXAS BOARD OF REGENTS, MARGARET MCNEESE, in her individual and official capacity, DEANA MOYLAN, in her individual and official capacity, SHEELA LAHOTI, in her individual and official capacity, and DANA MCDOWELLE, in her individual and official capacity,<br>  *Defendants.* | § § § § § § § § § § § § § § § § §  Civil Action No. 4:21-cv-01439 |

## JOINT MOTION FOR PROTECTIVE ORDER

NOW COME Plaintiff, John Doe, and Defendants, The University of Texas Health Science Center at Houston (UTHealth), Margaret McNeese, M.D., Deana Moylan, Sheela Lahoti, M.D., and Dana McDowelle, M.D., in both their individual and official capacities (the Administrators) (collectively, the Parties), and file this Joint Motion for Protective Order concerning the production and use of confidential information in this case.

Parties have agreed to the Agreed Confidentiality and Protective Order attached. The proposed order is intended to provide protection relating to confidential information, documents, and materials containing same.

                Respectfully submitted.

                KEN PAXTON
                Attorney General of Texas

Brent Webster
First Assistant Attorney General

Grant Dorfman
Deputy First Assistant Attorney General

Shawn Cowles
Deputy Attorney General for Civil Litigation

Thomas A. Albright
Chief for General Litigation Division

/s/ *Cory A. Scanlon*
Cory A. Scanlon
Attorney-in-Charge
State Bar No. 24104599
Southern District No. 3504922
Benjamin Dower
State Bar No. 24087397
Southern District No. 3071131
Assistant Attorneys General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone (512) 463-2120
Facsimile: (512) 320-0667
cory.scanlon@oag.texas.gov
benjamin.dower@oag.texas.gov
COUNSEL FOR DEFENDANTS


/s/ *With permission*
Andrew T. Miltenberg, Esq. *(pro hac vice)*
Tara J. Davis, Esq. *(pro hac vice)*
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
tdavis@nmllplaw.com

Walter Lynch, Esq.
State Bar No. 24046330
Federal ID No. 965265
Amir Halevy, Esq.
State Bar No. 24065356
Federal ID No. 1259956

JORDAN, LYNCH & CANCIENNE PLLC
1980 Post Oak Blvd, Suite 2300
Houston, Texas 77056
(713) 955-4021 (direct line)
(713) 955-9644 (facsimile)
wlynch@jlcfirm.com
ahalevy@jlcfirm.com
COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically provided notice to all counsel of record.

/s/ *Cory A. Scanlon*
CORY A. SCANLON
Assistant Attorney General