IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE,<br>    *Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, UNIVERSITY OF TEXAS BOARD OF REGENTS, MARGARET MCNEESE, in her individual and official capacity, DEANA MOYLAN, in her individual and official capacity, SHEELA LAHOTI, in her individual and official capacity, and DANA MCDOWELLE, in her individual and official capacity,<br>    *Defendants.* | §§§§§§§§§§§§§§§§     Civil Action No. 4:21-cv-01439 |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW EXHIBIT FROM RECORD

NOW COME Defendants, The University of Texas Health Science Center at Houston (UTHealth), Margaret McNeese, M.D., Deana Moylan, and Dana McDowelle, M.D., in both their individual and official capacities (the "Administrators"), and move the Court to withdraw Exhibit A-3 (ECF 19-4) from the record, and would show the Court the following:

    1.    Party, The University of Texas Board of Regents, filed their Motion to Dismiss on July 6, 2021 (ECF 19), along with Exhibit A-3 (ECF 19-4).

    2.    Parties stipulated the dismissal of Plaintiff's claims with prejudice as to the Board of Regents, who is no longer a party to this suit (ECF 26).

    3.    Counsel for Defendants inadvertently filed Exhibit A-3 without proper redactions and now request that the Court withdraw Exhibit A-3 (ECF 19-4) from the record.

WHEREFORE, PREMISES CONSIDERED, the Counsel pray that the Court withdraw

Exhibit A-3 (ECF 19-4) from the record.

    Respectfully submitted.

    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

    GRANT DORFMAN
    Deputy First Assistant Attorney General

    SHAWN COWLES
    Deputy Attorney General for Civil Litigation

    THOMAS A. ALBRIGHT
    Chief for General Litigation Division

    */s/ Cory A. Scanlon*
    CORY A. SCANLON
    Attorney-in-Charge
    State Bar No. 24104599
    Southern District No. 3504922
    BENJAMIN DOWER
    State Bar No. 24087397
    Southern District No. 3071131
    Assistant Attorneys General
    General Litigation Division
    Office of the Attorney General
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711-2548
    Telephone (512) 463-2120
    Facsimile: (512) 320-0667
    cory.scanlon@oag.texas.gov
    benjamin.dower@oag.texas.gov
    COUNSEL FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

    I hereby certify that on January 6, 2022, Plaintiff's counsel has been contacted regarding this motion and counsel has indicated that she is unopposed.

    */s/ Cory A. Scanlon*
    CORY A. SCANLON
    Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of January 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically provided notice to all counsel of record.

/s/ *Cory A. Scanlon*
CORY A. SCANLON
Assistant Attorney General