IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE,<br>    *Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, MARGARET MCNEESE, in her individual and official capacity, DEANA MOYLAN, in her individual and official capacity, SHEELA LAHOTI, in her individual and official capacity, and DANA MCDOWELLE, in her individual and official capacity,<br>    *Defendants.* | Civil Action No. 4:21-cv-01439 |

## JOINT REPORT REGARDING MEDIATION/ ALTERNATIVE DISPUTE RESOLUTION

Pursuant to item 6 of this Court's Amended Rule 16 Scheduling/Docket Control Order of October 4, 2021, Plaintiff John Doe and Defendants, The University of Texas Health Science Center at Houston, Margaret McNeese, Deana Moylan, Sheela Lahoti, and Dana McDowelle (collectively, "the Parties"), submit this report on the progress of alternative dispute resolution in this case (ADR). Following this Court's Memorandum Opinion Order on Defendants' Motion to Dismiss entered December 13, 2021 (ECF 35), the Parties began settlement negotiations. The Parties determined that the case can likely be settled without need to attend mediation or ADR and therefore advise the Court that mediation/ADR is not appropriate at this time.

Date: February 28, 2022                           Respectfully submitted.

/s/   *With permission*
Andrew T. Miltenberg, Esq.
Tara J. Davis, Esq.
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
tdavis@nmllplaw.com

Amir Halevy, Esq.
Southern District No. 1259956
JORDAN, LYNCH & CANCIENNE PLLC
1980 Post Oak Blvd, Suite 2300
Houston, Texas 77056
(713) 955-4021 (direct line)
(713) 955-9644 (facsimile)
ahalevy@jlcfirm.com
COUNSEL FOR PLAINTIFF


KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

/s/   *Cory A. Scanlon*
CORY A. SCANLON
Attorney-in-Charge
State Bar No. 24104599
Southern District No. 3504922
BENJAMIN S. LYLES
State Bar No. 24094808
Southern District No. 3062156
Assistant Attorneys General
General Litigation Division

        Office of the Attorney General
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        Telephone (512) 463-2120
        Facsimile: (512) 320-0667
        cory.scanlon@oag.texas.gov
        benjamin.lyles@oag.texas.gov
        COUNSEL FOR DEFENDANTS