IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE,<br>  *Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, UNIVERSITY OF TEXAS BOARD OF REGENTS, MARGARET MCNEESE, in her individual and official capacity, DEANA MOYLAN, in her individual and official capacity, SHEELA LAHOTI, in her individual and official capacity, and DANA MCDOWELLE, in her individual and official capacity,<br>  *Defendants.* | Civil Action No. 4:21-cv-01439 |

## STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, MARGARET MCNEESE, DEANA MOYLAN, SHEELA LAHOTI, AND DANA MCDOWELLE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff John Doe hereby dismisses with prejudice his claims brought against Defendants the University of Texas Health Science Center at Houston, Margaret McNeese, Deana Moylan, Sheela Lahoti, and Dana McDowelle.

Date: March 21, 2022

                 Respectfully submitted,

                 /s/ *Tara J. Davis*
                 Andrew T. Miltenberg, Esq. *(pro hac vice)*
                 Tara J. Davis, Esq. *(pro hac vice)*
                 NESENOFF & MILTENBERG, LLP
                 363 Seventh Avenue, Fifth Floor
                 New York, New York 10001

(212) 736-4500
amiltenberg@nmllplaw.com
tdavis@nmllplaw.com

Walter Lynch, Esq.
*State Bar No. 24046330*
*Federal ID No. 965265*
Amir Halevy, Esq.
*State Bar No. 24065356*
*Federal ID No. 1259956*
JORDAN, LYNCH & CANCIENNE PLLC
1980 Post Oak Blvd, Suite 2300
Houston, Texas 77056
(713) 955-4021 (direct line)
(713) 955-9644 (facsimile)
wlynch@jlcfirm.com
ahalevy@jlcfirm.com

COUNSEL FOR PLAINTIFF

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

/s/   *Cory A. Scanlon*
CORY A. SCANLON
Attorney-in-Charge
State Bar No. 24104599
Southern District No. 3504922
BEN DOWER
State Bar No. 24087397
Southern District No. 3071131
Assistant Attorneys General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

Telephone (512) 463-2120
Facsimile: (512) 320-0667
cory.scanlon@oag.texas.gov
benjamin.dower@oag.texas.gov

COUNSEL FOR DEFENDANTS